No. 510. UNITED STATES *v.* KLEIN, ESCHEATOR OF PENNSYLVANIA. December 11, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE REED took no part in the

consideration and decision of this application. *Solicitor General Jackson* for the United States. *Messrs. Albert H. Ladner, Jr.* and *A. Jere. Creskoff* for respondent. ▪